## ROBERT H. BOTTS, Appellee, v. EVERETT T. FLEMING et al., Appellants.

*Appeal,* from the District Court of Bernalillo County, Second Judicial District.   Affirmed.

CHILDERS & DOBSON for appellants.

FERGUSSON & GILLETT for appellee.

McFIE, J.—The facts in this case and the law applicable thereto are the same as in the case of Egbert Post, appellee, v. Everett T. Fleming et al., appellants, No. 865. The opinion of the court in that case is applicable to and conclusive of this case, and the judgment of the court below will be affirmed with costs for reasons stated in the opinion in case No. 865.

Mills, C. J., and Parker, J.. concur.